*E-Filed 12/10/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE A. BJURBERG, | No. C 13-5500 RS (PR) |
| Plaintiff, | **ORDER DIRECTING CLERK TO REASSIGN THE ACTION TO A MAGISTRATE JUDGE** |
| v. | |
| SEAN KELLIE, et al., | |
| Defendants. | |

The Clerk shall reassign this civil rights action to a magistrate judge, plaintiff having consented to magistrate judge jurisdiction.

**IT IS SO ORDERED**.

DATED: December 10, 2013

RICHARD SEEBORG
United States District Judge