UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

GEORGE A. BJURBERG,

    Plaintiff,

v.

SEAN KELLIE, et. al.,

    Defendants.

No. C 13-5500 NJV (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a prisoner. In the initial review order on January 22, 2014, the court found that plaintiff had failed to state a claim and dismissed the complaint with leave to amend after discussing the deficiencies of the complaint. The twenty-eight days to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the court. This case is **DISMISSED** for failure to state a claim.

**IT IS SO ORDERED.**

Dated: April 22, 2014.



NANDOR J. VADAS
United States Magistrate Judge