UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

GEORGE A. BJURBERG,

    Plaintiff,

v.

SEAN KELLIE, et. al.,

    Defendants.

No. 1:13-CV-5500 NJV (PR)

**ORDER**

The Court dismissed Plaintiff's pro se civil rights complaint and closed the case when Plaintiff failed to file an amended complaint. (Docs. 7, 8.) Plaintiff sent a letter to the Court stating that he had not received his legal mail and only recently became aware that his case was dismissed. (Doc. 12.)

If Plaintiff wishes to continue with this action, he must file a motion to reopen the case and an amended complaint as set forth in the Court's January 22, 2014, Order, within **twenty-eight (28) days** of the date this order is filed.

**IT IS SO ORDERED.**

Dated: June 5, 2014.

NANDOR J. VADAS
United States Magistrate Judge

G:\PRO-SE\NJV\CR.13\Bjurberg5500.ord.wpd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GEORGE A. BJURBERG,<br><br>    Plaintiff,<br><br>    v.<br><br>SEAN KELLIE, et al.,<br><br>    Defendants.<br>_____ / | No. 1:13-CV-5500 NJV (PR)<br><br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that on June 5, 2014, I SERVED a true and correct copy of the attached and of docket no. 7, by placing said copies in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

George A. Bjurberg
1136813
McGuire Correctional Facility
300 Bradford Street
Redwood City, CA 94063-1530


/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2